**EXHIBIT A**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)**<br><br>V.<br><br>ALEXIS ORTIZ, ET AL,<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 15-03968<br><br>Sheriff's Sale Date: _____ |

### AFFIDAVIT OF NON-SERVICE

☑ Complaint   ☑ Summons   ☐ Other: _____

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I attempted to serve ALEXIS ORTIZ the above process on the 3 day of September, 2015, at 2:00 o'clock, PM, at 707 LEVICK STREET PHILADELPHIA, PA 19111, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

Defendant was not served because:   ☐ Moved   ☐ Unknown   ☐ No Answer   ☐ Vacant

☑ Other: NO ANSWER AT PROPERTY, CARD LEFT ON PROPERTY DOOR TO ARRANGE FOR SERVICE WAS REMOVED WITH NO RESPONSE. NO ANSWER AT NEIGHBORS TO CONFIRM ADDRESS.

Service was attempted on the following dates/times:

1) 8/28/15 7:52 PM          2) 8/20/15 8:09 AM          3) 9/3/2015 2:00 PM

Commonwealth/State of _Pa_          )
                                    ) SS:
County of _Berks_                   )

Before me, the undersigned notary public, this day, personally, appeared ___D'wayne Henriksson___ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Non-Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-146618
Case ID #: 4393235

Subscribed and sworn to before me
this _4_ day of _Sept_, 20_15_.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017

**EXHIBIT B**

## Affidavit of Good Faith Investigation

At the request of the law firm identified below I initiated an investigation into the whereabouts of the defendant identified as the subject below. The following is true and accurate representation of my investigation.

| | |
|---|---|
| **Client provided information**: File Number: *USA-146618* | |
| Attorney/Law Firm: *KML LAW GROUP, P.C.* | |
| Subject Name: *ALEXIS ORTIZ* | |
| Property Address: Street: 707 Levick Street | |
| City: Philadelphia    State: PA | Zip: 19111 |

| | |
|---|---|
| **Skip Results**: Date of Birth: XX/XX/XXXX | ProVest File Number: 4404746 |
| Last Known Address (as of 9/16/2015) Street: 707 Levick St | |
| City: Philadelphia    State: PA | Zip: 19111 |

| | |
|---|---|
| Death Record Search | As of 09/16/2015, the Social Security Administration has no death record on file for defendant. |
| Social Security Number | [X] Verifed [ ] Not Verified SSN# XXX-XX-XX41 |
| Employment Search | During a search for employment of our defendant no verifiable employment information was provided prior to the investigation or found during the Investigation. |
| Business Records Search | No business records found. |
| Creditor Header Inquiry | The latest address from the credit header info is:<br>　Address: 707 LEVICK ST, PHILADELPHIA, PA 19111 |
| Department of Motor Vehicle Records Search* | Unable to obtain Motor Vehicle Records in the State of Pennsylvania. |
| Drivers License Information Search<br>[ ] Governmental**+<br>[ ] Non-governmental | No current records found. |
| Professional Licenses Search | No current records found. |
| Freedom Of Information Act Inquiry Made to U.S. Postal Service | U.S. POSTAL SERVICE CHANGE OF ADDRESS SEARCH:<br><br>ProVest maintains records pertaining to searches for individuals made in the regular course of its business. Such records include inquiry into change of address records which are on file with the U.S. Postal Service. In this matter, the business records of ProVest show that ProVest searches for a change of address records as to the following names and/or addresses with the following results:<br><br>707 LEVICK ST, PHILADELPHIA, PA 19111   - No change of address order received to date. |
| Military Search | A search was conducted and the defendant was not on Active Duty; Did not leave Active Duty within the past 367 days; Has not been notified of a future call up to Active Duty. |
| Inquiry of Relatives, Neighbors, & Friends | XXX-XXX-XXXXX: Called possible neighbor, Theresa Buggey, spoke with unidentifed male states wrong number. He doesn't know the defendant.<br><br>XXX-XXX-XXXXX: Called possible relative, ESPERANZA B CARTAGENA, received answering machine, no message left. |
| Comments: | 707 LEVICK ST, PHILADELPHIA,PA 19111, PHILADELPHIA COUNTY (6/2003 - 7/2015)<br><br>XXX-XXX-XXXXX: Called possible mobile phone number of defendant, spoke with Pedro he took a message.<br><br>XXX-XXX-XXXXX: Called possible number of defendant, line rang busy.<br><br>XXX-XXX-XXXXX: Called possible number of defendant, received |

|  | general voicemail left message, no response. |
|---|---|
|  | XXX-XXX-XXXXX: Called possible number of defendant, number has been disconnected. |
|  | XXX-XXX-XXXXX: Called possible number of defendant, number has been disconnected. |
|  | A search of Federal Bureau of Prisons resulted in no records for our defendant. |
|  | A search of Pennsylvania Department of Corrections resulted in no records for our defendant. |
|  | A search of Philadelphia Prison Systems resulted in no records for our defendant. |
|  | Our defendant was not found to be currently incarcerated searching Pennsylvania County Jails. |

\* Data not available in AL, AR, CA, HI, NH, OR, PA, VA, WA. \*\* Historical data in CO, DE, ID, IL, KY, LA, MD, MA, MS, MO, NH, ND, SC, WV.
+ Data available in CO, CT, DE, FL, ID, IL, KY, LA, ME, MD, MA, MI, MN, MS, MO, NH, ND, OH, SC, TN, TX, WV, WI, WY.

The foregoing statement is true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S.A. §4904 relating to unsworn falsification to authorities. Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true.

_Lisa Salgado_ ProVest File Number 4404746

Provest Services LLC
Date: 9/17/15

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

SEP 1 7 2015

Sworn to or affirmed and signed before me on this ___ day of ___, ___.
(Seal)

Signature of Notary Public

Printed Name of Notary Public

( ✓ ) Personally Known
( ) Produced _____ as identification

DORIMAR MOSLEY
Notary Public - State of Florida
My Comm. Expires Dec 14, 2015
Commission # EE 153359
Bonded Through National Notary Assn.