UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>ALEXIS ORTIZ<br><br>Defendant | CIVIL ACTION NO.<br>15-03968 |

## AFFIDAVIT

I, Thomas I. Puleo, an attorney with the law office of KML Law Group, P.C., on behalf of Plaintiff, depose and state that the following is true and correct to the best of my knowledge and is based upon information obtained from official sources:

1. Plaintiff has attempted to effectuate service of a Summons and Complaint in Enforced Collections on the Defendants, through diligent efforts, attempting personal service at the property to no avail.

2. An investigation, including inquiry of postal authorities, examination of local directories and credit bureau reports revealed no new address for Defendant.

3. Attempts by a private process to serve Defendant at her last known address were unsuccessful, as evidenced by the certification of the process server attached to Plaintiff's motion.

4. Defendant cannot be located, making personal service of the complaint and summons upon Defendant impossible.

5. Despite Plaintiff's best and good faith effort to locate Defendants, ALEXIS ORTIZ, cannot be found within the Eastern District of Pennsylvania and whose whereabouts are unknown.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

        Respectfully submitted,

        KML Law Group, P.C.

By: _/s/ Thomas I. Puleo_
Thomas I. Puleo, Esquire
Pennsylvania Attorney I.D. No. 27615
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6309 (Direct)
FAX (215) 825-6409
tpuleo@kmllawgroup.com