

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

CASE and/or DOCKET No.: 15-03968

Sheriff's Sale Date: _____

V.

ALEXIS ORTIZ, ET AL,
Defendant (Respondent)

## AFFIDAVIT OF SERVICE

☑ Complaint    ☑ Summons    ☐ Other: _____

I, SHANNON BECKLER, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served ALEXIS ORTIZ the above process on the 5 day of December, 2015, at 4:33 o'clock, PM, at 707 LEVICK STREET PHILADELPHIA, PA 19111, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

☐ By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

☐ By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: CARMEN ORTIZ
Relationship/Title/Position: SISTER
Remarks: _____
Description: Approximate Age 41-45  Height 5'8  Weight 115  Race HISPANIC  Sex FEMALE  Hair BROWN
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of __Pa__        )
                                    ) SS:
County of __Berks__                 )

Before me, the undersigned notary public, this day, personally, appeared __Shannon Beckler__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-146618
Case ID #: 4462363

Subscribed and sworn to before me
this _8_ day of _DEC_, 20_15_.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017